**IT IS ORDERED as set forth below:**

**Date: September 21, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| **MARLENA ROXANNA JACKSON,** | ) | CASE NO. **25-61696-LRC** |
| DEBTOR. | ) | |
| MELISSA J. DAVEY,<br>STANDING CHAPTER 13 TRUSTEE,<br>Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| **MARLENA ROXANNA JACKSON,** | ) | |
| Respondent. | ) | |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

On July 2, 2026, the Chapter 13 Trustee filed *Motion to Dismiss Case* (Doc. No. 28), which came on for hearing September 1, 2026, upon notice to Debtor and Debtor's attorney. Debtor and Trustee reached an agreement, pursuant to which, **it is hereby**

**ORDERED** that Debtor's Plan base shall be increased by $7,237.00 to account for

Debtor's federal income tax refund in 2025. It is further

**ORDERED** that, commencing with the next Plan payment due following the entry date of this Order and continuing with strict compliance on each Plan payment due date thereafter, for twelve (12) months, Debtor shall timely remit the regular Chapter 13 payments (as set forth in the confirmed Plan) to the Chapter 13 Trustee. It is further

**ORDERED** that, should Debtor fail to make any Plan payment timely that is subject to strict compliance, the Trustee may submit a Supplemental Report recommending dismissal and, upon receipt of such a report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing. It is finally

**ORDERED** that, subject to the foregoing terms and conditions, the Motion is DENIED.

**[END OF DOCUMENT]**

Prepared and Presented by:

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
Suite 2250; 233 Peachtree Street, NE
Atlanta, GA 30303
Telephone: 678-510-1444
facsimile: 678-510-1450
mail@13trusteeatlanta.com

Consented to by:
/s/ (with express permission)
Maiwand Jalalzai
Attorney for Debtor
GA Bar No. 893631
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303
404-524-6400
notices@kingkingllc.com

Case No. 25-61696-LRC

**DISTRIBUTION LIST FOR ORDER TRUSTEE'S MOTION TO DISMISS CASE**

COUNSEL FOR DEBTOR:

King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

DEBTOR:

MARLENA ROXANNA JACKSON
3705 NEWBURY PLACE DR
LOGANVILLE, GA 30052

CHAPTER 13 TRUSTEE:

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303