**IT IS ORDERED as set forth below:**

**Date: October 13, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>Marlena Roxanna Jackson<br><br>Debtor(s). | |
| SFR Fund VI Borrower, LLC,<br><br>Movant.<br><br>V.<br><br>Marlena Roxanna Jackson, Debtor; and<br>Melissa J. Davey, Trustee<br><br>Respondents. | CASE NO. 25-61696-lrc<br>CHAPTER 13<br><br>Judge Lisa Ritchey Craig<br><br>CONTESTED MATTER |

**<u>ORDER GRANTING RELIEF FROM AUTOMATIC STAY</u>**

On August 27, 2026, SFR Fund VI Borrower, LLC (hereinafter, “Movant”) filed a Motion For Relief From Automatic Stay (Doc. No. 30) (the “Motion”). The Motion concerns rented real property known as 3705 Newbury Place Dr, Loganville GA 30052 (the "Property").

A hearing on said Motion was heard on September 22, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by Debtor or Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is HEREBY

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Mandy K. Campbell (w/ exp perm)
Mandy K. Campbell
GA BAR NO. 142676
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303
Email: orders@13trusteeatlanta.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Karen King
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303

Marlena Roxanna Jackson, Debtor
3705 Newbury Place Dr
Loganville GA 30052