**IT IS ORDERED as set forth below:**

**Date: October 13, 2026**

**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

Marlena Roxanna Jackson

Debtor(s).

CASE NO. 25-61696-lrc
CHAPTER 13

Judge Lisa Ritchey Craig

SFR Fund VI Borrower, LLC,

Movant.

V.

CONTESTED MATTER

Marlena Roxanna Jackson, Debtor; and

Melissa J. Davey, Trustee

Respondents.

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

On August 27, 2026, SFR Fund VI Borrower, LLC (hereinafter, “Movant”) filed a Motion For Relief From Automatic Stay (Doc. No. 30) (the “Motion”). The Motion concerns rented real property known as 3705 Newbury Place Dr, Loganville GA 30052 (the "Property").

A hearing on said Motion was heard on September 22, 2026, upon notice Movant contends was proper. No response or objection to the Motion was announced by Debtor or Trustee, and similarly no opposition to Movant's Motion was announced by Debtor or Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is HEREBY

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment as to Debtor within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to Debtor and the property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**No Opposition:**
/s/ Mandy K. Campbell (w/ exp perm)
Mandy K. Campbell
GA BAR NO. 142676
Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303
Email: orders@13trusteeatlanta.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd Ste B136
Atlanta, GA 30338

Karen King
King & King Law LLC
215 Pryor Street SW
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Office of Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250, 233 Peachtree St. NE
Atlanta, GA 30303

Marlena Roxanna Jackson, Debtor
3705 Newbury Place Dr
Loganville GA 30052

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 25-61696-lrc
Marlena Roxanna Jackson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 3
Date Rcvd: Oct 29, 2026 Form ID: pdf401 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlena Roxanna Jackson, 3705 Newbury Place Dr, Loganville, GA 30052-5396 |
| | + | Karen King, King & King Law LLC, 215 Pryor Street SW, Atlanta, GA 30303-3748 |
| | + | Marlena Roxanna Jackson, Debtor, 3705 Newbury Place Dr, Loganville GA 30052-5396 |
| | + | Matthew Totten, Esq., THE TOTTEN FIRM, LLC, 5579 Chamblee-Dunwoody Rd Ste B136, Atlanta, GA 30338-4154 |
| | + | Office of Melissa J. Davey, Standing Chapter 13 Trustee, Suite 2250, 233 Peachtree St. NE, Atlanta, GA 30303-1509 |
| 25510400 | | PRPMG INC, 5248 OLDE TOWNE RD, WILLIAMSBURG, VA 23188-1986 |
| 25510404 | + | SOUTHERN SERVICES LLC A/A/O, CONSUMER PORTFOLIO, 1740 HUDSON BRIDGE RD SUITE 1212, Stockbridge, GA 30281-6331 |
| 25510403 | + | Southern Services LLC, 1740 Hudson Bridge Rd, Suite 1212, Stockbridge, GA 30281-6331 |
| 25510411 | + | WAREHOUSE HOME FURNISHING DBA, FARMERS HOME FURNITURE, 2100 RIVERSIDE PKWY SUITE 123-C, Lawrenceville, GA 30043-5971 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 29 2026 11:34:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Oct 29 2026 11:34:00 | U.S. Trustee, Office of the U.S. Trustee, 230 North First Avenue, Suite 204, Phoenix, AZ 85003-1725 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 11:38:48 | AIS InfoSource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 29 2026 11:34:00 | U.S. Trustee, Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 25510384 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Oct 29 2026 11:34:00 | AMER FST FIN, PO BOX 565848, DALLAS, TX 75356-5848 |
| 25510385 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2026 11:49:03 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25510386 | + | Email/Text: bankruptcy.account@revcosolutions.com | Oct 29 2026 11:34:00 | ATHENS ORTHOPEDIC CLINIC, c/o Wakefield & Associates, LLC, PO BOX 58, Fort Morgan, CO 80701-0058 |
| 25510387 | + | Email/Text: omx-bnc-bk-notices@chime.com | Oct 29 2026 11:34:00 | CHIME-STRIDE, PO BOX 417, SAN FRANCISCO, CA 94104-0417 |
| 25510388 | | Email/Text: omx-bnc-bk-notices@chime.com | Oct 29 2026 11:34:00 | CHIMEFIN/STRIDE BANK, 101 CALIFORNIA ST, SAN FRANCISCO, CA 94111-5802 |
| 25510389 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 29 2026 11:35:00 | CNS PORT SVC, 19500 JAMBOREE RD, IRVINE, CA 92612-2411 |
| 25510390 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2026 11:38:44 | CREDITONEBNK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 25510391 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 29 2026 11:38:51 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 25510392 | | Email/Text: corporatecredit@farmersfurniture.com | Oct 29 2026 11:34:00 | Farmers Home Furniture, Attn: Corporate Credit Department, P.O. Box 1140, Dublin,, GA 31040 |
| 25510393 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 29 2026 11:38:47 | FST PREMIER, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 25510394 | | Email/Text: brnotices@dor.ga.gov | Oct 29 2026 11:34:00 | Georgia Department of Revenue, 1800 Century Blvd NE Suite 910, Atlanta, GA 30345 |
| 25510395 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2026 11:34:00 | IRS, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25510396 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 29 2026 11:35:00 | Jefferson Capital Systems, LLC, PO BOX 7999, Saint Cloud, MN 56302-9617 |
| 25510397 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2026 11:49:01 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25510398 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 11:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25620924 | + | Email/Text: bknotices@progressresidential.com | Oct 29 2026 11:35:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25510399 | + | Email/Text: bknotices@progressresidential.com | Oct 29 2026 11:35:00 | Progress Residential, 7720 N. Dobson Road, Scottsdale, AZ 85256-2740 |
| 25510401 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2026 11:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 25510402 | + | Email/Text: newbk@Regions.com | Oct 29 2026 11:35:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 25510406 | | Email/Text: bankruptcynotices@sunsetfinance.net | Oct 29 2026 11:33:00 | SUNSET FINANCE OF MO, 510 MOUNTAIN VIEW DR STE 5, SENECA, SC 29672-2133 |
| 25510405 | | Email/Text: bankruptcynotices@sunsetfinance.net | Oct 29 2026 11:33:00 | SUNSET FIN, 510 MOUNTAIN VIEW DR, SENECA, SC 29672 |
| 25510407 | + | Email/Text: bankruptcy@bbandt.com | Oct 29 2026 11:34:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 25510408 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 29 2026 11:34:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 25510409 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 29 2026 11:34:00 | USDOE/GLELSI, 2401 INTERNATIONAL LN, MADISON, WI 53704-3121 |
| 25511512 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Oct 29 2026 11:34:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25510410 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2026 11:49:04 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25603374 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2026 11:38:44 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25510412 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 11:28:14 | WEBBNK/FSTR, 6250 RIDGEWOOD RD ST, CLOUD, MN 56303-0820 |
| 25510413 | + | Email/Text: bk@worldacceptance.com | Oct 29 2026 11:34:00 | WORLD ACCEPTANCE COR, 104 S MAIN STE 400, GREENVILLE, SC 29601-4913 |
| 25510414 | + | Email/Text: bk@worldacceptance.com | Oct 29 2026 11:34:00 | World Acceptance Corp, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 25542467 | + | Email/Text: bk@worldacceptance.com | Oct 29 2026 11:34:00 | World Finance Company of Georgia, LLC, c/o World Acceptance Corp., Attn: Bankruptcy Processing Center, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Karen King | on behalf of Debtor Marlena Roxanna Jackson myecfkingnking@gmail.com;EcfmailR62760@notify.bestcase.com |
| Matthew Franklin Totten | on behalf of Creditor SFR Fund VI Borrower LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Melissa J. Davey | mail@13trusteeatlanta.com cdbackup@13trusteeatlanta.com |

TOTAL: 3